IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HAILEY NEDLEY, | : |
| Plaintiff, | : |
| vs. | :    CA 22-0316-KD-MU |
| UNUM GROUP CORPORATION f/k/a UNUM PROVIDENT CORPORATION, et al., | : |
| Defendants. | : |

## PROTECTIVE ORDER

The parties' joint motion for protective order (Doc. 30) is **GRANTED** and their proposed Stipulated Agreement and Protective Order for Confidentiality of Information (*see* Doc. 30-1, PageID.146-53) is hereby **ADOPTED** by the Court and incorporated by reference as if fully set out herein.

**DONE** and **ORDERED** this the 27th day of October, 2022.

          s/P. Bradley Murray
    **UNITED STATES MAGISTRATE JUDGE**